**NATIONAL CASUALTY COMPANY,**
Appellant,

v.

**Frances LOWE, Appellee.**

Court of Appeals of Kentucky.
Feb. 5, 1954.

Robert F. Houlihan, Lexington, for appellant.

Russell Grant, Winchester, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Clark Circuit Court for $381 on a health and accident insurance policy.

The motion for an appeal is overruled and the judgment is affirmed.